| PROB 22* (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:01CR40067-02 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 03-10418 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Roy JOHNSON 5 Lodge Hill Road Lincoln Park, MA 02136 | DISTRICT SOUTH DAKOTA | DIVISION SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Lawrence L. Piersol | |
| | DATES OF SUPERVISED RELEASE: | FROM Oct 29, 2003 — TO Oct 28, 2008 |

OFFENSE

Bank fraud, 18 U.S.C. § 1344

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dec 3, 2003
Date

/s/ Lawrence Piersol
Chief Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

  IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 31, 2003
Effective Date

/s/ William G. Young
United States District Judge